# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | |
|---|---|
| ERVIN HILTON, JR., | * |
| Petitioner, | * CIVIL ACTION NO.: 2:16-cv-20 |
| v. | * |
| J.V. FLOURNOY, | * |
| Respondent. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 10. Petitioner Ervin Hilton, Jr. ("Hilton") failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, Respondent's Motion to Dismiss is **GRANTED**. Dkt. No. 7. Hilton's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Hilton leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 7 day of July, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA